# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

351 Kingsbury Corner, LLC
                                                       Plaintiff,

v.                                                                    Case No.: 1:20−cv−02589
                                                                             Honorable Edmond E. Chang

Society Insurance
                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 11, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: To clean up the docket, the following motion is terminated in light of the MDL proceedings and the bellwether decision: the earlier motion [29] to dismiss or for summary judgment. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.